164 A.3d 400

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DONALD BOYD, DEFENDANT–PETITIONER.

March 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002171–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

164 A.3d 400

MIDDLETOWN TOWNSHIP BOARD OF EDUCATION, PETITIONER-PETITIONER, v. BOARD OF TRUSTEES, TEACHERS' PENSION AND ANNUITY FUND, RESPONDENT-RESPONDENT.

March 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003524–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.